# UNITED STATES DISTRICT COURT
for the
District of Nevada



Moorish National Republic Federal Government
#AA222141
Consulate General - Antonio El 06143

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S. DEPARTMENT OF STATE
STATE OF CALIFORNIA HIGHWAY PATROL
CALIFORNIA HIGHWAY PATROL

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

2:19-cv-01389-JAD-VCF



```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         AUG 1 2 2019

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Consulate General - Antono El 06143 |
   | Street Address | C/o 2226 MacArthur Boulevard #AA222141 |
   | City and County | Oakland Territory, Northwest Amexem /North Africa / U.S.A |
   | State and Zip Code | Near California Republic, [94602] Non Domestic - Non Resident |
   | Telephone Number | 202-766-6032 |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name — J.R Yount

    Job or Title *(if known)* — CALIFORNIA HIGHWAY PATROL (445)

    Street Address — c/o 125 S 6th St,

    City and County — COALINGA, COUNTY OF FRESNO

    State and Zip Code — CA, [93210]

    Telephone Number — (559) 935-2093

    E-mail Address *(if known)* —

Defendant No. 2

    Name — M. Cortez

    Job or Title *(if known)* — KINGS COUNTY SHERIFF'S OFFICE

    Street Address — c/o 144 W. Lacey Boulevard

    City and County — HANFORD, COUNTY OF KINGS

    State and Zip Code — CA, [93230]

    Telephone Number — (559) 584-1431

    E-mail Address *(if known)* —

Defendant No. 3

    Name —

    Job or Title *(if known)* —

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address *(if known)* —

Defendant No. 4

    Name —

    Job or Title *(if known)* —

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address *(if known)* —

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty Law - Article III Jurisdiction - Violation of Substantive Rights and Violation of Secured Unalienable Rights.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Consulate General - Antonio El 06143, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* MOORISH NATION #AA222141, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* J.R Yount / M. Cortez, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* U.S DEPARTMENT OF STATE, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See Attachment(s) Affidavit of Facts and Affidavit Notification Reservations of Rights Under Color of law.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

For the record, on the record and let the record show.
First location U.S -33 North,
Second location I-5 South

B. What date and approximate time did the events giving rise to your claim(s) occur?

For the record, on the record and let the record reflect. First loaction event occured at 1:32am September 3,2018
Second Location at 2:44am September 03,2018

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I Consulate General- Antonio El 06143, Sui Juris in Pro'pria persona stictly and expressly not a "Plaintiff"; standing in unlimted commercial liability as an Aboriginal and Indigenous Moor,Flesh and Blood, Natural Person, Moorish American National, also hereafter affiant seeking a "Common Law-Remedy". Puesuant to Constitutional Law 1791 (Republic).
The Moorish National Republic in and through its consul has demanded jurisdiction pursuant to Treaty and Constitutional Law. Moorish American Nationals have been violated by Corporate Colorable Codes, rules,statues that has forced our Nationals under stress, duress, coersion,treason,human trafficking, racketeering, genocide and conspiracy against the Supreme Law of the Land.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Bodily injuries were inflicted upon me by the Department of California Highway Patrol and extortion by California Highway Patrol of Private Property for Financial Compensation by CHP Without due process of law.

For the record see the video evidence attachment via U.S.B Drive.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediate Common Law Remedy and to return all unlawfully seized property with like force, instruct all Defendants and their agents to honour the full diplomatic Immunity of The Moorish National Republic Federal Employer #AA222141.

Further we demand that the Federal Employer :06143 be added to the National Database and International Communications so as to allow Diplomatic Passage.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-06-2019

Signature of Plaintiff: *Consulate Antonio El - U.C.C. 1-308*

Printed Name of Plaintiff: Consulate General - Antonio El 06143

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**The United States Supreme Court (North America) Article III Section I of The Constitution** for The United States of America Republic; vested Judicial Powers, and the establishment of inferior Courts:

**Section 1.** The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

**Whereas,** there is no question that a "Bench Summons", a detention, an arrest, a ticket or citation, issued by a Police Officer or by others for parking or traveling with no driver's license, a foreign driver's license, no current registration, or no mandatory insurance, etc., which carries a fine or jail time, <u>is a penalty or sanction</u>; and is indeed <u>"converting a right into a crime"</u>, thus, <u>violating substantive rights.</u> It is reasonable to assume that the Court's judicial decisions are straight and to the Point, and that there is no lawful method for government to put restrictions or limitations on Rights belonging to the people. The right to own and to possess Private Property and Personalty, and to be secure in those rights, is preserved and secured for the people and the citizens, by the Constitution. Government does not give rights, for it has no rights to give or to sell, nor to license. Government is put in place to protect and to secure the preexisting, Inalienable Rights of the People and the citizens.

**United States Constitution - Amendment 4:** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

**Article VI, Clause 2 and 3 of The United States Constitution**

**Clause 2:** This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or the Laws of any State to the Contrary notwithstanding.

**Clause 3:** The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification by any Office or public Trust under the United States.

**MOORS HERITAGE & HISTORY CLASSES**
Every Wednesday 6p.m. – 10 p.m.
NATIONAL "BLACK" THEATRE
125th & 5th Harlem, New York

# Do You Know Your Rights?

- **What Corrupt Politicians and Lawyers Don't Want You To Know About Traffic Courts!**

- Do You Know About **"Color-of-Law"** and **Racketeering Practices** Amongst City and Town Politicians, by their using **Quasi-Criminal Traffic Courts** to deprive the People of Their Rights and their Property?

- Do You Know The Difference Between a **Right** and a licensed **Privilege?**

- Have You Witnessed **Unlawful Profiling** in Your Community?

- The Supreme Court of The United States of America has Addressed Substantive Law, Dealing with **The Substantive Rights** of The People!

- **These are some Supreme Court Law Case Reports,** as

www.rvbeypublications.com



1. The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all absolute rights, and the Police can not make void the exercise of rights. **State v. Armstead, 60 s. 778, 779, and 781:**
2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental right of which the public and Natural Beings cannot be rightfully deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**
3. The right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the Fifth Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**
4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common right, which he / she has under the right to life, liberty, and the pursuit of happiness. **Thompson v. Smith 154 SE 579:**
5. State Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3d 1032 (1971):**
6. The State is prohibited from violating substantive rights. **Owens v. City, 445 US 662 (1980);** and it can not do by one power (eg. Police power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of law. **US and UT v. Daniels, 22 p 159**, nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**
7. Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as horses and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910: California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**
8. Under The United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the state does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 123 US 623, 659 – 60:**
9. Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**
10. The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**
11. For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. **Sherer v. Cullen 481 F. 945:**
12. If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 2111 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".
13. "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties". Griffin v. Matthews, 310 F supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties," **Industrial Addition Association v. C.I.R., 323 US 310, 313.**

