2:19-cv-01389-JAD-VCF

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 2 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY





### THE MOORISH NATIONAL REPUBLIC.
### FEDERAL GOVERNMENT NORTHWEST AFRICA.
### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans.

# 𝕹otice 𝕺f 𝕻ublic 𝕽ecords 𝕮orrection
## 𝕴nternational 𝕯ocument
### For The Record, To Be Read Into The Record
#### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the corrected appellation and proclaimed Nationality, which affirms my political status and allegiance to my Ancestral Estate and Ancient Principals of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principals of Love, Truth, Peace, Freedom and Justice, exercising my natural Substantive Rights and Religious Heritage; is self executing.

Attached is a one page Name correction and six page International Proclamation.

In Honour Always,
Thank You,
I Am: _____
Dominus Nobilis El, Consul
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: Without Recourse, With Prejudice
Northwest Amexem